07 JAN 2009

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-09

**Cardillo Law, P.C.**
5811 Fifth Avenue
Brooklyn, New York 11220
T. 718-395-3188
F. 718-228-7700

January 7, 2009

*Delivery via Facsimile:*
212-805-7912

United States District Court
Southern District of New York
500 Pearl Street
Room 1030
New York, New York 10007
T. 212-805-0222

Attention:   Hon. John G Koeltl

Re:   **United States v. Raffaello Follieri**
      **08 CR 850 (JGK)**
      **Victim's Compensation Hearing**
      Victims:   W. Christopher Singleton
                 Nicholas D. Mastronardi

Dear Judge Koeltl:

[Handwritten annotation:
1. The hearing is adjourned to 1/14/09 at 2:30 P.M.
2. The Court had requested the Government to advise potential claimants of the initial adjournment, but inadvertently failed to ask the Government to advise all potential claimants of the adjourned date.
3. The Court requests the Government to advise all potential claimants that the hearing is adjourned to 1/14/09 at 2:30 P.M. SO ORDERED.
/s/ Koeltl
U.S.D.J.
1/7/09]

On December 22, 2008 our office received a letter from AUSA Reed Brodsky informing us that a restitution hearing was scheduled for January 5, 2009 at 2:30 p.m. for the victims of Mr. Raffaello Follieri. As such, we appeared, with our clients, in Court on Monday only to learn that the hearing had been rescheduled.

We assumed, since we are claiming our clients are victims of Mr. Follieri, that we would be notified of any scheduling changes. However, since that is not the case we would like to make a formal request to be added to any future notices concerning restitution hearings. Further we would like to confirm the next hearing date.

We appreciate your consideration of and attention to this matter.

Very truly yours,

*[signature]*

C. Cardillo, Esq.

1

cc: US Department of Justice
US Attorney's Office
Southern District of New York
*Attention:*   Reed Brodsky, AUSA
One St. Andrew's Plaza
New York, New York 10007
T. 212-637-2452

2

01/04/2009  21:19  7189212743  SUNSET-REALTY  PAGE  02/02