UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

    - against -                                        08 Cr. 850 (JGK)

RAFFAELLO FOLLIERI,                        ORDER

            Defendant.
---

JOHN G. KOELTL, District Judge:

    The Court has received letters dated January 28, 2009 and February 5, 2009 from Mr. Cardillo, an attorney for one of the victims, related to restitution for his client. Mr. Cardillo requests various other forms of relief relating to the enforcement of the restitution order. The Government and the defendant should submit a response by **February 20, 2009**. Mr. Cardillo should submit a reply, if any, by **February 27, 2009**.

SO ORDERED.

Dated:  New York, New York
         February 6, 2009

                                                  John G. Koeltl
                                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/09